# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST GEORGE INVESTMENTS, LLC [through its assignee, IBC FUNDS, LLC, a Florida Corporation],<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DRINKS AMERICAS HOLDINGS, LTD., a Delaware Corporation; and J. PATRICK KENNY,<br><br>　　　　Defendants. | **Case No. 2:15-CV-01686-GHK (JCx)**<br><br>**ORDER RE: STIPULATION OF IBC FUNDS, LLC AND FEDERICO G. CABO, SR. FOR PROTECTIVE ORDER**<br><br>Assigned For All Purposes To:<br>Honorable George H. King<br><br>[Honorable Jacqueline Chooljian<br>United States Magistrate Judge] |

## **ORDER**

With good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation for Protective Order between IBC Funds, LLC and Federico G. Cabo, Sr., filed on December 8, 2015 in this action ("Stipulation"), is approved. It is further ORDERED that the parties to the Stipulation comply with the terms set forth therein.

Date: December 8, 2015

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　United States Magistrate Judge